# **EXHIBIT 1**

THE BUSINESS COURT OF TEXAS
ELEVENTH DIVISION

| | |
|---|---|
| ANDREW KOLLAER, MPC 84 I, LLC, AND KOLCAP, LLC, <br><br>*Plaintiffs,*<br>v.<br><br>84 ENERGY, LLC, 84 ENERGY HOLDINGS, LLC, AND AARON SHIMEK,<br><br>*Defendants.* | § § § § § § § § § § § § § CAUSE NO. 25-BC11B-0074 |

**PLAINTIFFS' NOTICE OF FILING OF NOTICE OF REMOVAL**

Plaintiffs Andrew Kollaer, MPC 84 I, LLC, and Kolcap, LLC (collectively, the "Plaintiffs"), without waiver of any arguments or objections, jurisdictional or otherwise, file this Plaintiffs' Notice of Filing of Notice of Removal, and respectfully show the Court as follows:

Pursuant to 28 U.S.C. § 1452(a) and Bankruptcy Rule 9027, Plaintiffs notify this Court that on November 25, 2025, Defendant 84 Energy, LLC (the "Debtor") commenced a chapter 11 case in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"), which case is styled as *In re 84 Energy, LLC*, Case No. 25-37093 (the "Bankruptcy Case"). On November 28, 2025, Plaintiffs filed a Notice of Removal in the Bankruptcy Case, which is now pending under Adversary Proceeding No. [●]. A true and correct copy of the Notice of Removal (without exhibits or attachments) is attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 1452(a) and Bankruptcy Rule 9027(c), the parties shall proceed no further in this Court unless and until the case is remanded.

This notice is filed without waiver of any arguments or objections, jurisdictional or otherwise, that the Plaintiffs may assert in their responsive pleadings and/or motions to be

4907-8866-2396

submitted in accordance with the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure or if this case is remanded, under the Texas Rules of Civil Procedure.

Respectfully submitted this 26th day of November, 2025.

**GRAY REED**

By: /s/ David Leonard
David Leonard
Texas Bar No. 24078847
Jeremy Walter
Texas Bar No. 24098572
Daniel B. Howry
Texas Bar No. 24130877
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7198
Email: dleonard@grayreed.com
jwalter@grayreed.com
dhowry@grayreed.com

*Attorneys for Plaintiffs Andrew Kollaer, MPC 84 I, LLC, and Kolcap, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record by electronic filing in accordance with the Texas Rules of Civil Procedure on this November 26, 2025.

Simon W. Hendershot, III
Lacey L. Spears
HENDERSHOT COWART, P.C.
1800 Bering Drive, Suite 600
Houston, Texas 77057
Email: rtey@hchlawyers.com
       lspears@hchlawyers.com

*Counsel for Defendants*

Pillsbury
Charles C. Conrad
Elizabeth E. Klingensmith
Tony Guerino
Jonathan T. Sink
Marcus Manca

Richard L. Fuqua, II
FUQUA & ASSOCIATES, PC
8558 Katy Freeway, Suite 119
Houston, TX 77024
Email: fuqua@fuqualegal.com

*Counsel for the Debtor*

2

4907-8866-2396

609 Main Street, Suite 2000
Houston, Texas 77002
Telephone: 713-276-7600
Facsimile: 713-276-7673
Email:
Liz.Klingensmith@pillsburylaw.com
Tony.Guerino@pillsburylaw.com
Jonathan.Sink@pillsburylaw.com
Marcus.Manca@pillsburylaw.com

- and –

Patrick E. Fitzmaurice
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
Email:
patrick.fitzmaurice@pillsburylaw.com

*Counsel for Counter Defendant 84 Basa 0224, LLC*

                        */s/ David Leonard*
                        David Leonard

4907-8866-2396